UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LEN CLINE, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK M. DEJIULIO & ASSOCIATES, INC. d/b/a ASB FINANCIAL<br><br>　　　　Defendant. | No. 3:21-cv-00223-TJC-MCR |

## STIPULATION OF DISMISSAL

　　Plaintiff Len Cline and Defendant Frank M. Dejiulio & Associates, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

　　So Stipulated.

DATED this 12th day of January, 2022.　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Avi R. Kaufman*
　　　　　　　　　　　　　　　　　　Avi R. Kaufman (FL Bar no. 84382)\*
　　　　　　　　　　　　　　　　　　kaufman@kaufmanpa.com
　　　　　　　　　　　　　　　　　　Rachel E. Kaufman (FL Bar no. 87406)
　　　　　　　　　　　　　　　　　　rachel@kaufmanpa.com
　　　　　　　　　　　　　　　　　　Kaufman P.A.
　　　　　　　　　　　　　　　　　　400 NW 26th Street
　　　　　　　　　　　　　　　　　　Miami, FL 33127
　　　　　　　　　　　　　　　　　　Telephone: (305) 469-5881
　　　　　　　　　　　　　　　　　　*\*Trial Counsel*

Stefan Coleman (FL Bar No. 30188)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Counsel for Plaintiff and all others similarly situated*

*/s/ Harold E. Franklin*
Harold E. Franklin
Florida Bar No. 1006814
KING & SPALDING LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
hfranklin@kslaw.com

*Attorney for Defendant Frank M. DeJiulio & Associates, Inc. d/b/a ASB Financial*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*