# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LEN CLINE, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

Case No. 3:21-cv-223-TJC-MCR

FRANK M. DEJIULIO & ASSOCIATES, INC.,

    Defendant.

## **O R D E R**

Upon review of the parties' Stipulation of Dismissal (Doc. 23), filed on January 12, 2022, this case is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to potential claims of any other members of the putative class. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of January, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:
Counsel of record